# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD P. TODD & TRUDIE L. TODD  
773 WALNUT LANE  
MARENGO, IL  60152

Case Number: 07-71993  
SSN-xxx-xx-1479 & xxx-xx-0269

Case filed on: 8/22/2007  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FOX VALLEY ORTHOPAEDIC INSTITUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RICHARD P. TODD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 170,771.45 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST NATIONAL BANK OF MARENGO | 2,647.00 | 2,647.00 | 0.00 | 0.00 |
| 004 | SPECIALIZED LOAN SERVICING | 4,356.64 | 4,356.64 | 0.00 | 0.00 |
|  | Total Secured | 177,775.09 | 7,003.64 | 0.00 | 0.00 |
| 005 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BENEFICIAL ILLINOIS INC | 652.51 | 652.51 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 420.49 | 420.49 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,810.06 | 1,810.06 | 0.00 | 0.00 |
| 009 | CENTEGRA MEMORIAL MEDICAL CENTER | 7,110.65 | 7,110.65 | 0.00 | 0.00 |
| 010 | COSPORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DR DEAN P CHERNIAK | 439.00 | 439.00 | 0.00 | 0.00 |
| 013 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PERRYVILLE SURGICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNIVERSITY OF WISCONSIN HCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WELLS FARGO FINANCIAL INC | 7,452.10 | 7,452.10 | 0.00 | 0.00 |
|  | Total Unsecured | 17,884.81 | 17,884.81 | 0.00 | 0.00 |
|  | Grand Total: | 195,659.90 | 24,888.45 | 0.00 | 0.00 |

Total Paid Claimant: $0.00  
Trustee Allowance: $0.00  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007    By  /s/Heather M. Fagan